# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 26-1047                                  September Term, 2025

DOJ-Pub. L. No. 118-50

Filed On: March 5, 2026 [2162306]

Zhaocheng Anthony Tan and Garrett Reid,

    Petitioners

  v.

Donald J. Trump, in his official capacity as President of the United States and Pamela Bondi,

    Respondents

## **N O T I C E**

This case was docketed on March 5, 2026. The Department of Justice is hereby notified that the attached is a true copy of the petition for review, which was filed on March 5, 2026, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondents.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                            BY:    /s/
                                       Francis A. Walter
                                       Deputy Clerk

Attachment:
    Certified Copy of Petition for Review