| | |
|---|---|
| **No. 26-1047** | **September Term, 2025** |
| | DOJ-Pub. L. No. 118-50 |
| | **Filed On: March 5, 2026** [2162308] |

Zhaocheng Anthony Tan and Garrett Reid,

    Petitioners

    v.

Donald J. Trump, in his official capacity as President of the United States and Pamela Bondi,

    Respondents

## O R D E R

The petition for review in this case was filed and docketed on March 5, 2026, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 6, 2026 |
| Docketing Statement Form | April 6, 2026 |
| Procedural Motions, if any | April 6, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 6, 2026 |
| Statement of Issues to be Raised | April 6, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | April 6, 2026 |
| Dispositive Motions, if any | April 20, 2026 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | April 6, 2026 |
| Procedural Motions, if any | April 6, 2026 |
| Certified Index to the Record | April 20, 2026 |
| Dispositive Motions, if any | April 20, 2026 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Francis A. Walter
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)