# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-1047    2. DATE DOCKETED: March 5, 2026

3. CASE NAME (lead parties only) Tan et al.    v. Trump et al.

4. TYPE OF CASE: ☐ District Ct - ○ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
☐ Bankruptcy - if direct from Bankruptcy Court    ☒ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ○ Yes ○ No
If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.    Bankruptcy Court Docket No.    Tax Court Docket No.
      Civil Action _____    Bankruptcy _____    Tax _____
      Criminal _____    Adversary _____
      Miscellaneous _____    Ancillary _____

   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal

   c. Name of judge who entered order being appealed:
      Judge _____    Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): _____    e. Date notice of appeal filed: _____

   f. Has any other notice of appeal been filed in this case?    ○ Yes ○ No    If YES, date filed: _____

   g. Are any motions currently pending in trial court?    ○ Yes ● No    If YES, date filed: _____
      If YES, identify motion _____

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ○ Yes ○ No
      If NO, why not?    Original proceeding filed in accordance with Pub. L. No. 118-50, Div. H, § 3(a)-(b).

   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ● No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ● No If YES, give each case's court and case name, and docket number:
      _____

   k. Does this case turn on validity or correct interpretation or application of a statute?    ○ Yes ○ No
      If YES, give popular name and citation of statute _____

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?    ○ Yes ● No    If so, provide program name and participation dates
   _____

Signature s/ Brendan Ballou    Date April 6, 2026

Name of Party Petitioners Tan et al.

Name of Counsel for Appellant/Petitioner Brendan Ballou

Address Public Integrity Project, 1763 Columbia Rd. NW Ste. 175, Washington DC 20009

Phone ( 917 ) 684-3900    Fax ( ___ ) ___ - ___

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

[ **Save** ]    [ **Reset Form** ]    [ **Print Form** ]

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on April 6, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*