# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ZHAOCHENG ANTHONY TAN,

GARRETT REID, and

JOHN DOE,

      *Petitioners*,

      v.

DONALD TRUMP, in his official capacity as President of the United States, and

TODD BLANCHE, in his official capacity as Acting Attorney General,

      *Respondents*.

Case No. 26-1047

## CERTIFICATE OF PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rules 27(a)(4) and 28(a)(1)(A) and to this Court's March 5, 2026, Order, Doc. No. 2162308, Petitioners certify as follows.

**Parties and Amici:** The parties to *Tan et al., v. Trump et al.*, No. 26-1047, are Petitioners Tony Tan, Garrett Reid, and John Doe (proceeding under a pseudonym); and Respondents Donald Trump, in his official capacity as President of the United States, and Todd Blanche, in his official capacity as Acting Attorney General. Because

1

these petitions were filed directly in this Court, there were no district court proceedings.

    **Rulings Under Review:** This Petition seeks direct review on:

1. Whether the President's repeated extensions for enforcing the Protecting Americans From Foreign Adversary Controlled Applications Act, H.R. 815, div. H, 118th Cong., Pub. L. No. 118-50 (April 24, 2024) (the "TikTok Law") failed to comply with the TikTok Law.

2. Whether the President's direction to the Attorney General to not enforce the TikTok Law, and the Attorney General's failure to conduct such investigations, violated the TikTok Law.

3. Whether the purported sale of TikTok's American assets that the President said he directed on January 22, 2026 was a "qualified divestiture" under the TikTok Law.

There are no prior rulings under review.

**Related Cases:** This petition was not previously before this Court or any other court, nor is counsel for Petitioners aware of any other case pending before this or any other court that is related to this petition within the meaning of Circuit Rule 28(a)(1)(C).

Respectfully submitted,

/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on April 6, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*