# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ZHAOCHENG ANTHONY TAN,

GARRETT REID, and

JOHN DOE,

      *Petitioners*,

    v.

DONALD TRUMP, in his official capacity as President of the United States, and

TODD BLANCHE, in his official capacity as Acting Attorney General,

      *Respondents.*

Case No. 26-1047

## STATEMENT OF ISSUES

Pursuant to the Court's order of March 5, 2026, Petitioners Tony Tan, Garrett Reid, and John Doe (proceeding under a pseudonym) respectfully submit the following nonbinding statement of the issues presented for review, without waiving their right to modify these issues or raise additional ones:

1. Whether the President's repeated extensions for enforcing the Protecting Americans From Foreign Adversary Controlled Applications Act, H.R. 815, div. H, 118th Cong., Pub. L. No.

1

118-50 (April 24, 2024) (the "TikTok Law") failed to comply with the TikTok Law.

2. Whether the President's direction to the Attorney General not to enforce the TikTok Law, and the Attorney General's failure to conduct such investigations, violated the TikTok Law.

3. Whether the purported sale of TikTok's American assets that the President said he directed on January 22, 2026 was a "qualified divestiture" under the TikTok Law.

Respectfully submitted,


/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on April 6, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,


/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*