# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN,<br><br>GARRETT REID, and<br><br>JOHN DOE,<br><br>        *Petitioners*,<br><br>        v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, and<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General,<br><br>        *Respondents*. | Case No. 26-1047 |

## NOTICE ON UNDERLYING DECISION FROM WHICH THIS PETITION ARISES

Pursuant to this Court's March 5, 2026 Order, Petitioners note that since this is a case in which this Court has original jurisdiction, there is no underlying decision from which this Petition arises.

Respectfully submitted,

/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project

1

D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on April 6, 2026..

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,


/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*