# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

ZHAOCHENG ANTHONY TAN,

GARRETT REID, and

JOHN DOE,

      *Petitioners*,

    v.

DONALD TRUMP, in his official capacity as President of the United States, and

TODD BLANCHE, in his official capacity as Acting Attorney General,

      *Respondents*.

Case No. 26-1047

## STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Because there is no district court or agency record, there is no district court record upon which to produce a joint appendix. Consistent with the parties' procedures in *TikTok v. Garland*, and as discussed further in their procedural motion, Petitioners intend to append evidentiary materials to their motions for preliminary injunction or summary judgment. *See* Joint Motion on Procedures,

1

*TikTok Inc. et al. v. Garland*, Doc. No. 2055129 (May 17. 2024) ("The

parties intend to append evidentiary material to their briefs.").

Respectfully submitted,


/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on March 30, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*