**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ZHAOCHENG ANTHONY TAN, <br><br> GARRETT REID, and <br><br> JOHN DOE, <br><br>      *Petitioners*, <br><br>     v. <br><br> DONALD TRUMP, in his official capacity as President of the United States, and <br><br> TODD BLANCHE, in his official capacity as Acting Attorney General, <br><br>      *Respondents*. | Case No. 26-1047 |

## CERTIFICATE OF COMPLIANCE

Petitioners' April 6, 2026 motion for leave to amend their petition and other miscellaneous relief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 3,073 words, excluding any materials exempted by Federal Rule of Appellate Procedure 27(a)(2)(B).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been

1

prepared in a proportionally spaced typeface using Microsoft Word

for Mac, Version 16.78.3, in 14-point, Century font.

Respectfully submitted,


/s/ Brendan Ballou
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on April 9, 2026..

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

<u>/s/ Brendan Ballou</u>
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on April 9, 2026..

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

<u>/s/ Brendan Ballou</u>
Brendan Ballou
Public Integrity Project
D.C. Bar No. 241592
brendan@publicintegrityproject.com
(917) 684-3900
*Counsel for Petitioners*