# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1047**                                    **September Term, 2025**

**DOJ-Pub. L. No. 118-50**

**Filed On: April 17, 2026** [2169159]

Zhaocheng Anthony Tan and Garrett Reid,

      Petitioners

    v.

Donald J. Trump, in his official capacity as
President of the United States and Pamela
Bondi, in her official capacity as Attorney
General,

      Respondents

## O R D E R

It is **ORDERED**, on the court's own motion, that the deadline for filing the certified index to the record is hereby suspended pending further order of the court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

           BY:    /s/
                        Catherine J. Lavender
                        Deputy Clerk