# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-1047**                    **September Term, 2025**

**DOJ-Pub. L. No. 118-50**

**Filed On:** April 29, 2026

Zhaocheng Anthony Tan and Garrett Reid,

      Petitioners

      v.

Donald J. Trump, in his official capacity as
President of the United States and Pamela
Bondi, in her official capacity as Attorney
General,

      Respondents


    **BEFORE:**    Walker, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to postpone or extend the deadline to file the certified index; and the motion for leave to file an amended petition, to proceed under a pseudonym, to submit evidentiary materials, and for expedited consideration, and the response thereto, it is

**ORDERED** that the motion to postpone or extend the deadline to file the certified index be granted. Any order directing respondents to file a certified index will be entered after any dispositive motions are resolved. It is

**FURTHER ORDERED** that the motion for leave to file an amended petition be granted. The Clerk is directed to file the lodged amended petition. It is

**FURTHER ORDERED** that the parties submit dispositive motions, if any, by May 21, 2026. It is

**FURTHER ORDERED** that the motion for expedited consideration be denied without prejudice to renewal after this court has ruled on any dispositive motions. See D.C. Circuit Handbook of Practice and Internal Procedures 34 (2025). It is

**FURTHER ORDERED** that the motion for petitioner John Doe to proceed under a pseudonym be granted. See In re Sealed Case, 931 F.3d 92, 97 (D.C. Cir. 2019). As

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

## No. 26-1047                                      September Term, 2025

petitioner Doe suggests, however, the court may revisit this issue should it become necessary.  It is

    **FURTHER ORDERED** that consideration of petitioners' request to submit evidentiary materials be deferred pending further order of the court.

**<u>Per Curiam</u>**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
          Selena R. Gancasz
          Deputy Clerk