# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1047**                    **September Term, 2025**

**DOJ-Pub. L. No. 118-50**

**Filed On:** July 20, 2026

Zhaocheng Anthony Tan, et al.,

      Petitioners

      v.

Donald J. Trump, in his official capacity as
President of the United States and Todd
Blanche, in his official capacity as Acting
Attorney General,

      Respondents

**BEFORE:**    Henderson and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the amended petition for review and the motion to dismiss, the opposition thereto, and the reply, it is

**ORDERED** that the motion to dismiss be referred to the merits panel to which this appeal is assigned.  The parties are directed to address in their briefs the issues presented in the motion to dismiss rather than incorporate those arguments by reference.  It is

**FURTHER ORDERED** that the parties are directed to file, within 30 days of the date of this order, motions to govern further proceedings in this case.

**Per Curiam**