# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1047** **September Term, 2025**

**DOJ-Pub. L. No. 118-50**

**Filed On: August 21, 2026** **[2189305]**

Zhaocheng Anthony Tan, et al.,

Petitioners

v.

Donald J. Trump, in his official capacity as President of the United States and Todd Blanche, in his official capacity as Attorney General,

Respondents

**ORDER**

Upon consideration of the joint motion to govern further proceedings, it is

**ORDERED** that respondents file the certified index to the record by October 20, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk