# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1047** **September Term, 2026**

**DOJ-Pub. L. No. 118-50**

**Filed On: November 6, 2026** [2202174]

Zhaocheng Anthony Tan, et al.,

Petitioners

v.

Donald J. Trump, in his official capacity as President of the United States and Todd Blanche, in his official capacity as Attorney General,

Respondents

**O R D E R**

Upon consideration of the joint motion to defer issuance of a briefing schedule, it is

**ORDERED** that the parties file a status report by December 7, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Louis Karl Fisher
Deputy Clerk